# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE** |
| | on Criminal Complaint |
| v. | |
| **FERNANDO GOMEZ** | CASE NUMBER **25-mj-581** |

HONORABLE STEPHEN C. DRIES, presiding      Court Reporter: Liberty
Deputy Clerk: Alex Vahlsing / Katina Hubacz     Hearing Began: 1:34 p.m.
Hearing Held: October 20, 2025, at 1:30 p.m.     Hearing Ended: 1:38 p.m.

**Appearances:**

UNITED STATES OF AMERICA by: William Berens
FERNANDO GOMEZ, in person, and by: Dennise Moreno     ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by: Mai Lor
INTERPRETER: ☐ None ☑ Sworn - Julie Kurtz

- ☐ Defendant consents to proceed via video
- ☑ Defendant advised of rights
- ☐ Court orders counsel appointed
    - ☐ Defendant to reimburse at $ Amount per month
- ☑ Defendant advised of charges, penalties, and fines
- ☑ Counsel advised of *Brady v. Maryland* requirements (*See* Order below)
- ☑ **Detention Hearing set for October 23, 2025 at 9:00 a.m.**

Maximum Penalties:
21 U.S.C. 841(a)(1): 20 years of imprisonment; $1,000,000 fine; at least 3 years of supervised release; $100 special assessment.

18 U.S.C. 924(c): mandatory minimum of 5 years of imprisonment up to life imprisonment; $250,000 fine; 5 years of supervised release; $100 special assessment.

Government gave overview of the alleged charges and requested a 3-day hold and to set a detention hearing. Defendant did not object.

Court ordered the defendant temporarily detained for a maximum of 3 days and set a Detention Hearing for October 23, 2025, at 9:00 a.m.

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.